UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 25-1015-KS                                                                 Date: August 14, 2025

Title   *Kirk Kara Corporation v. J Good-In, Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | CS-Zoom VTC:08/14/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Trevor Barrett | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR SCHEDULING CONFERENCE**

On June 5, 2025, the Court set a Scheduling Conference to discuss the pre-trial and trial deadlines for the case. (Dkt No. 11.) A proof of service confirming service of the summons and complaint was filed on May 6, 2025 (dkt. no. 8), but to date no Answer has been filed and Defendant has not otherwise appeared in this action.

On August 14, 2025, Defendants failed to appear for the Scheduling Conference. Accordingly, Plaintiff may move forward with filing a Motion for Default.

**IT IS SO ORDERED.**

: 03 mins

**Initials of Preparer**   gr